E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7354
    Facsimile: (213) 894-7819
    E-mail: erin.choi@usdoj.gov

Attorneys for Defendant
Secretary of Veterans Affairs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DZUNG K. NGAC,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF VETERANS AFFAIRS; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 8:22-cv-01789-HDV-DFM<br><br>**STIPULATION OF DISMISSAL** |

    IT IS HEREBY STIPULATED and AGREED by and between plaintiff Dzung K. Ngac ("Plaintiff") and defendant Secretary of Veterans Affairs ("Defendant"), through their respective counsels, that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant further stipulate to pay their own attorney's fees, costs, and expenses.

| | | |
|---|---|---|
| 1 | Dated: November 20, 2024 | Respectfully submitted, |
| 2 | | ARTHUR KIM LAW FIRM |
| 4 | | /s/ Arthur Kim<br>ARTHUR KIM |
| 5 | | Attorney for Plaintiff<br>Dzung K. Ngac |
| 7 | Dated:  November 20, 2024 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |
| 12 | | /s/ Erin Choi<br>ERIN CHOI<br>Assistant United States Attorney |
| 14 | | Attorneys for Defendant<br>Secretary of Veterans Affairs |

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2024           /s/ Erin Choi
                                                    ERIN CHOI
                                                    Assistant United States Attorney